**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

UNITED STATES OF AMERICA,

    v.                                                    CASE NO.: 4:23-cr-35-19

SHAKEISE MITCHELL,

    Defendant.

**O R D E R**

This matter is before the Court on the parties' Joint Motion to Approve Agreement for Pre-Trial Diversion, (doc. 650), and Joint Motion to Seal Exhibit, (doc. 651).  In their motions, the parties request that the Court file under seal the Agreement for Pre-Trial Diversion, approve the terms of the Agreement for Pre-Trial Diversion and continue all proceedings in this case with respect to Defendant.  After careful consideration and for good cause shown, the Court **GRANTS** the Motions.

Therefore, it is ORDERED that all proceedings in this case are CONTINUED pursuant to 18 U.S.C. § 3161(h)(2), until further Order of the Court.   The Government is DIRECTED to notify the Court upon Defendant's termination from or successful completion of pre-trial diversion.  Additionally, the Clerk is DIRECTED to file UNDER SEAL the parties' Agreement

for Pre-Trial Diversion as an attachment to their Joint Motion, (doc. 650), until further Order of the Court.

**SO ORDERED**, this 14th day of November, 2024.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA